# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DENNIS URGENT, | No. 4:19-CV-01348 |
| Plaintiff, | (Judge Brann) |
| v. | (Chief Magistrate Judge Schwab) |
| DENNIS URGENT(c)TM®, *et al.*, | |
| Defendants. | |

## ORDER

### DECEMBER 10, 2020

Plaintiff, challenging the criminal proceedings against him, filed the instant action.[1] The case was jointly assigned to the undersigned and to a magistrate judge. Upon designation, a magistrate judge may "conduct hearings, including evidentiary hearings, and . . . submit to a judge of the court proposed findings of fact and recommendations."[2] Once filed, this report and recommendation is disseminated to the parties in the case who then have the opportunity to file written objections.[3]

On June 18, 2020, Chief Magistrate Judge Susan E. Schwab, to whom this matter is jointly assigned, issued a thorough report and recommendation. Chief

---

[1] Doc. 1.
[2] 28 U.S.C. 636(b)(1)(B).
[3] 28 U.S.C. 636(b)(1).

Magistrate Judge Schwab recommended that Plaintiff's civil claims be dismissed with prejudice as frivolous.[4] However, she also recommended that Plaintiff be given leave to amend his habeas petition.[5] This Court adopted this recommendation, and Chief Magistrate Judge Schwab set the deadline for Plaintiff to file his amended petition on October 1, 2020.[6] Plaintiff failed to amend his petition before October 1, 2020, so Chief Magistrate Judge Schwab recommended on October 19, 2020 that all claims be dismissed.[7]

No objections to the report and recommendation have been filed. For portions of the report and recommendation to which no objection is made, the Court should, as a matter of good practice, "satisfy itself that there is no clear error on the face of the record in order to accept the recommendation."[8] Regardless of whether timely objections are made by a party, the District Court may accept, not accept, or modify, in whole or in part, the findings or recommendations made by the magistrate judge.[9]

---

[4] Doc. 22 at 25-26.
[5] *Id.*
[6] Doc. 26 at 2.
[7] *Id.*
[8] Fed. R. Civ. P. 72(b), advisory committee notes; *see also Univac Dental Co. v. Dentsply Intern., Inc.*, 702 F. Supp. 2d 465, 469 (M.D. Pa. 2010) (*citing Henderson v. Carlson*, 812 F.2d 874, 878 (3d Cir. 1987) (explaining that judges should give some review to every report and recommendation)).
[9] 28 U.S.C. § 636(b)(1); Local Rule 72.31.

Because I write solely for the parties, I will not restate the facts, but will instead adopt the recitation of facts as set forth by the magistrate judge. I have conducted a de novo review here and found no error.

**AND NOW, IT IS HEREBY ORDERED** that:

1. Chief Magistrate Judge Susan Schwab's October 19, 2020 Report and Recommendation, Doc. 26, is **ADOPTED in full**.

2. Plaintiff's Complaint, Doc. 1, is **DISMISSED WITH PREJUDICE**.

3. The Clerk of Court is directed to close the case file.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
United States District Judge